Rajiv D. Parikh, Esq.
Genova Burns LLC
494 Broad Street
Newark, NJ 07102
973-535-7100
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEMOCRATIC STATE COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>NEW JERSEY OATH KEEPERS, an unincorporated association,<br><br>Defendant. | Civil Action No. _____<br><br>CERTIFICATION OF BARBARA A. BALL<br><br>(in support of application for injunctive relief) |

I, Barbara A. Ball, being of full age, declare as follows:

1. I am Campaign Manager for the Gottheimer for Congress Campaign, and I am familiar with the facts related to this litigation.

2. Annexed hereto as Exhibit A is a true copy of a bulletin downloaded from the website of the New Jersey Office of Homeland Security and Preparedness, last visited November 2, 2016.

3. Annexed hereto as Exhibit B is a true copy of the "About" page of the website "oathkeepers.org," last visited November 2, 2016.

4. Annexed hereto as Exhibit C is a true copy of the "Call to Action" page of the website "oathkeepers.org." last visited November 2, 2016.

1

5. Annexed hereto as Exhibit D is a true copy of the Temporary Restraining Order in *Daschle v. Thune*, No. 04-cv-4177, Dkt. No. 6 (D.S.D. Nov. 2, 2004).

6. Annexed hereto as Exhibit E is a true copy of an article from the Washington Post by Justin Levitt, "A Comprehensive Investigation of Voter Impersonation Finds 31 Credible Incidents Out of One Billion Ballots Cast," Aug. 6, 2014.

7. Annexed hereto as Exhibit F is a true copy of a link to the Oath Keepers' "Call to Action" video tweeted by Edward Durfee, a leader of the New Jersey chapter of Oath Keepers.

8. Annexed hereto as Exhibit G is a true copy of a link to the Call to Action posted on the NJ Oath Keepers Facebook account.

9. Annexed hereto as Exhibits H and I are true copies of invitations to an October 1, 2016 "meet and greet" event featuring the incumbent in the Fifth District, Rep. Scott Garrett.

10. Annexed hereto as Exhibit J is a true copy of a post circulated by way of the Oath Keepers Facebook account, asserting that "jews/communists have taken the teaching of the Constitution out of our schools."

11. Annexed hereto as Exhibit K is a true copy of an anonymous flyer circulating within the Fifth Congressional District depicting Scott Garrett's opponent, Josh Gottheimer, with hand-drawn horns.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2016.

_____
BARBARA A. BALL